# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00164-GMN-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than February 2, 2024.

IT IS SO ORDERED.

Dated: January 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1